■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

Morris Burke, Appellant█

█

Weiss, Acting P. J., Mikoll, Yesawich Jr., Levine and Crew III, JJ., concur. *[See,* 176 AD2d 1000.]